**MCGUIREWOODS LLP**
CAROLEE ANNE HOOVER SBN #282018
choover@mcguirewoods.com
SALWA S. KAMAL SBN #327108
skamal@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

**MCGUIREWOODS LLP**
DELEYLA A. LAWRENCE SBN #284562
dlawrence@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

*Attorneys for VW Credit, Inc.*

**TRUEBLOOD LAW FIRM**
Alexander B. Trueblood (SBN 150897)
10940 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90024
Telephone:  310.443.4139
Facsimile:  310.943.2255

*Attorney for Plaintiff Courtney Stocker*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY STOCKER,<br><br>          Plaintiff,<br><br>     vs.<br><br>VW CREDIT, INC.,<br><br>          Defendant. | Case No. 2:21-cv-08345-JAK-MAR<br><br>**STIPULATION TO PROCEED IN ARBITRATION AND STAY PROCEEDING PENDING COMPLETION OF ARBITRATION**<br><br>Complaint Filed; October 21, 2021 |

Plaintiff Courtney Stocker ("Plaintiff") and Defendant VW Credit, Inc. ("Defendant" or "VCI") hereby stipulate to proceed to arbitration in this matter and request that the Court enter an order approving the stipulation.

## RECITALS

WHEREAS; on October 21, 2021, Plaintiff filed a complaint against Defendant, asserting causes of action against Defendant for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. and the California Credit Reporting Agencies Act, Civ. Code § 1785.1, *et seq*. ECF No. 1.

WHEREAS, Defendant alleges that all of Plaintiff's claims against Defendant are subject to arbitration, and demands that Plaintiff submit her claims to arbitration pursuant to the Arbitration Provision.

WHEREAS, Plaintiff stipulates to arbitrate at JAMS in Los Angeles, and to stay the action in its entirety pending the completion of arbitration pursuant to the Arbitration Provision and Federal Arbitration Act ("FAA"), 9 U.S.C. § 3.

WHEREAS, neither Party waives any claims nor defenses by entering into this stipulation.

## STIPULATION

NOW, THEREFORE, the Parties, by and through their respective counsel of record, agree and stipulate as follows:

1. The arbitration shall take place before JAMS, and is subject to the JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses: Minimum Standards of Procedural Fairness.

2. The above-captioned matter is stayed pending completion of such arbitration proceedings in accordance with the FAA, 9 U.S.C. § 3.

3. The Parties do not waive and expressly reserve all claims, defenses and challenges with respect to any claims that Plaintiff has asserted or may assert against Defendant, including, without limitation, those claims alleged in Plaintiff's Complaint.

```
 1        IT IS SO STIPULATED.
 2
 3   DATED: December 16, 2021          MCGUIREWOODS LLP
 4
 5
                                       By: /s/ Salwa S. Kamal
 6                                         Salwa S. Kamal
                                           Attorney for Defendant
 7                                         VW Credit, Inc.
 8   DATED: December 16, 2021          TRUEBLOOW LAW FIRM
 9
                                       By: /s/ Alexander B. Trueblood
10                                         Alexander B. Trueblood
                                           Attorneys for Plaintiff
11                                         Courtney Stocker
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

## ATTESTATION

The undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ Salwa S. Kamal*
Salwa S. Kamal

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, the foregoing **STIPULATION TO PROCEED IN ARBITRATION AND STAY PROCEEDING PENDING COMPLETION OF ARBITRATION** was filed electronically in the Court's Electronic Case Filing system ("ECF"); thereby upon completion the ECF system automatically generated a Notice of Electronic Filing ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

          */s/ Salwa S. Kamal*
          Salwa S. Kamal