UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTNEY STOCKER,<br><br>      Plaintiff,<br><br>  vs.<br><br>VW CREDIT, INC.,<br><br>      Defendant. | No. 2:21-cv-08345-JAK-MAR<br><br>**ORDER RE STIPULATION TO PROCEED IN ARBITRATION AND STAY PROCEEDING PENDING COMPLETION OF ARBITRATION (DKT. 12)** |

///

|   |   |
|---|---|
| 1 | Based on a review of the Stipulation to Proceed in Arbitration and Stay Proceeding Pending Completion of Arbitration (the "Stipulation" (Dkt. 12)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Plaintiff shall arbitrate her claims against Defendant before JAMS, subject to JAMS Policy on Consumer Arbitrations Pursuant to Pre-Dispute Clauses: Minimum Standards of Procedural Fairness. This Action is stayed pending completion of such arbitration proceedings in accordance with the FAA, 9 U.S.C. § 3. |

**IT IS SO ORDERED.**

DATED: 12/17/2021

By: /s/ John A. Kronstadt
John A. Kronstadt
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28